IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ERIC JONES, | )<br>) |
| Plaintiff, | )<br>) Case No. 5:19-cv-6027<br>) |
| v. | )<br>) |
| EMPLOYBRIDGE MIDWEST 1, INC. d/b/a<br>STAFFING SOLUTIONS SOUTHWEST, INC.<br>d/b/a PROLOGISTIX, | ) Removal from Circuit Court of<br>) Clinton County, Missouri<br>) Case No. 19CN-CC00005<br>) |
| Defendant. | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, EmployBridge Midwest 1, Inc. d/b/a Staffing Solutions Southwest, Inc. d/b/a Prologistix ("EmployBridge" or "Defendant"), by and through its attorneys, Lathrop Gage LLP and Seyfarth Shaw LLP, files this Notice of Removal with respect to Case No. 19CN-CC000005, filed in the Circuit Court of Clinton County, Missouri. In support of this Notice, EmployBridge states as follows:

1. On January 25, 2019, Plaintiff Eric Jones filed a purported class action Complaint in the Circuit Court of Clinton County, Missouri, entitled *Eric Jones v. EmployBridge Midwest 1, Inc. d/b/a Staffing Solutions Southwest, Inc. d/b/a Prologistix*, Case No. 19CN-CC000005. True and accurate copies of all process, pleadings, and orders are attached hereto as Exhibit A.

2. On February 12, 2019, EmployBridge received a copy of the Complaint and Summons.

3. In accordance with 28 U.S.C. § 1446(b), EmployBridge filed this Notice of Removal within thirty (30) days of the date on which the Complaint was served.

4. Venue is proper in this district under 28 U.S.C. § 1441(a) because this District and division embrace the place where the action was filed.

5. Written notice of the filing of this Notice of Removal is being delivered to Plaintiff through his counsel of record. A copy of the Notice of Removal will be filed with the Clerk of the Circuit Court of Clinton County, Missouri.

6. Under 28 U.S.C. § 1331, "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States."

7. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the instant action because Plaintiff asserts a claim under federal law. In his Complaint, Plaintiff claims that Defendant violated the federal Fair Credit Reporting Act, 15 U.S.C. § 1681b(b)(3). *See* Compl. ¶¶ 1, 7-8, 41-42, 45, 56-71.

8. Because Plaintiff asserts a claim under the laws of the United States, this Court has original federal question jurisdiction over Plaintiff's action. Accordingly, removal of Plaintiff's Complaint is proper pursuant to 28 U.S.C. § 1331.

9. By filing this Notice of Removal, EmployBridge does not concede nor waive any defense to this action, including that Plaintiff lacks standing to bring this action and that this Court does not have personal jurisdiction over Defendant as to some or all of the putative class members. EmployBridge reserves all defenses relating to the Court's jurisdiction and the justiciability of this action.

WHEREFORE, EmployBridge respectfully removes this action from the Circuit Court of Clinton County, Missouri, to the United States District Court for the Western District of Missouri.

**DATED: March 13, 2019**  Respectfully submitted,

EMPLOYBRIDGE MIDWEST 1, INC.


By */s/ Rosalee M. McNamara*
   One of Its Attorneys

Rosalee M. McNamara #33645
LATHROP GAGE LLP
2345 Grand Blvd.
Suite 2200
Kansas City, Missouri 64108
Telephone: (816) 460-5604
rmcnamara@lathropgage.com

Pamela Q. Devata*
John W. Drury*
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606
(312) 460-5000

*request for pro hac vice admission to be submitted*

# **CERTIFICATE OF SERVICE**

I, Rosalee M. McNamara, an attorney, certify that I caused a copy of the attached **NOTICE OF REMOVAL** to be served through the Court's CM/ECF system, on March 13, 2019, upon the following counsel of record:

>Charles Jason Brown
>Jayson A. Watkins
>Brown & Watkins LLC
>301 S. US 169 Hwy
>Gower, Missouri 64454

>/s/ *Rosalee M. McNamara*
>Rosalee M. McNamara